# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DENNIS HOGUE,

        Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS, WARDEN JOHN VARGA, WEXFORD HEALTH SOURCES, INC., DR. MERRILL ZAHTZ, NURSE SUSAN TUELL, and DOE NO. 1;

        Defendants.

Case Number 19-cv-50151

Hon. Judge John Robert Blakey

Magistrate Judge Lisa A. Jensen

## JOINT STATUS REPORT: DISCOVERY

Plaintiff and Defendants, through their undersigned counsel, submit the following Joint Status Report as required by the Court's minute order of December 15, 2020.

Progress of Obtaining Records from Third Parties

The parties were previously granted leave to issue subpoenas in this matter, while all other discovery remains stayed as the court addresses the Defendants' motion to dismiss.

To date, the Defendants have issued subpoenas to: the Dixon Correctional Center for Plaintiff's administrative and medical records; the Illinois Administrative Review Board for Plaintiff's grievance records; and KSB Hospital, CGH Hospital, and UIC Hospital for Plaintiff's medical records.

The Defendants are in the process of obtaining responses to these subpoenas and hope to have them in the next 30 days.

Plaintiff's investigation continues and Plaintiff will serve subpoenas on third parties when appropriate.

Respectfully Submitted,

By: /s/ David E. Jimenez-Ekman, Esq.
One of the Attorneys for Plaintiff,
DENNIS HOGUE

John H. Mathias, Jr., Esq.
David E. Jimenez-Ekman, Esq.
Leah M. Song, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jmathias@jenner.com
djimenez-ekman@jenner.com
lsong@jenner.com

By: /s/ Maebetty Kirby
One of the Attorneys for Defendants
JOHN VARGA and the ILLINOIS
DEPARTMENT OF CORRECTIONS

By: /s/ Stephen J. Gorski
One of the Attorneys for Defendants,
WEXFORD HEALTH SOURCES, INC.,
DR. MERRILL ZAHTZ, and N.P. SUSAN
TUELL

Matthew H. Weller
Stephen J. Gorski
CASSIDAY SCHADE LLP
120 W. State Street, Suite 401
Rockford, IL 61101
(815) 964-8130
mweller@cassiday.com
sgorski@cassiday.com

Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4324
mkirby@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ David E. Jimenez-Ekman, Esq.

David E. Jimenez-Ekman, Esq.
(Ill. Bar No. 6210519)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
djimenez-ekman@jenner.com