# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS HOGUE,<br><br>           Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, WARDEN JOHN VARGA, WEXFORD HEALTH SOURCES, INC., DR. MERRILL ZAHTZ, NURSE SUSAN TUELL, and DOE NO. 1;<br><br>           Defendants. | Case Number 19-cv-50151<br><br>Hon. Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

## JOINT STATUS REPORT: DISCOVERY

      Plaintiff and Defendants, through their undersigned counsel, submit the following Joint Status Report as required by the Court's minute order of June 9, 2021.

Progress of Discovery

Plaintiff served its requests for production on Defendant Varga on June 8, 2021. Plaintiff agreed to Defendant Varga's request for an extension of time, up to and including August 31, 2021. Plaintiff will serve subpoenas on third parties when appropriate as his investigation continues. Defendants have not issued discovery but intend to take the deposition of Plaintiff.

Respectfully Submitted,

By: /s/ David E. Jimenez-Ekman, Esq.
One of the Attorneys for Plaintiff,
DENNIS HOGUE

John H. Mathias, Jr., Esq.
David E. Jimenez-Ekman, Esq.
Christian Plummer, Esq.
Leah M. Song, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jmathias@jenner.com
djimenez-ekman@jenner.com
cplummer@jenner.com
lsong@jenner.com

By: /s/ Maebetty Kirby
One of the Attorneys for Defendants
JOHN VARGA and the ILLINOIS
DEPARTMENT OF CORRECTIONS

Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(773) 590-7857
Mary.kirby@ilag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2021, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ David E. Jimenez-Ekman, Esq.

David E. Jimenez-Ekman, Esq.
(Ill. Bar No. 6210519)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
djimenez-ekman@jenner.com