# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENNIS HOGUE,<br><br>        Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, WARDEN JOHN VARGA, WEXFORD HEALTH SOURCES, INC., DR. MERRILL ZAHTZ, NURSE SUSAN TUELL, and DOE NO. 1;<br><br>        Defendants. | Case Number 19-cv-50151<br><br>Hon. Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, Jenner & Block LLP hereby moves to withdraw the appearance of attorney Leah M. Song on behalf of Plaintiff Dennis Hogue. As of September 15, 2021, Ms. Song will no longer be affiliated with Jenner & Block. Mr. Hogue will continue to be represented by John H. Mathias, Jr., David E. Jimenez-Ekman, and Christian Plummer of Jenner & Block.

Dated: September 8, 2021

                                              Respectfully submitted,

                                              By: /s/ Leah M. Song
                                                      Leah M. Song
                                                      Jenner & Block LLP
                                                      353 N. Clark Street
                                                      Chicago, IL 60654
                                                      (312) 840-7399
                                                      LSong@jenner.com
                                                      *One of the Attorneys*
                                                      *for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rul 5.5, the undersigned, an attorney of record in this case, hereby certifies that on September 8, 2021, a true and correct copy of Motion for Leave to Withdraw Appearance was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: September 8, 2021

Respectfully submitted,

By: /s/ Leah M. Song
Leah M. Song
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7399
LSong@jenner.com
*One of the Attorneys
for Plaintiff*