UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS HOGUE,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, WARDEN JOHN VARGA, WEXFORD HEALTH SOURCES, INC., DR. MERRILL ZAHTZ, NURSE SUSAN TUELL, and DOE NO. 1;<br><br>    Defendants. | Case Number: 19-cv-50151<br><br>Hon. Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

**JOINT STATUS REPORT AND REQUEST FOR SETTLEMENT CONFERENCE**

Pursuant to the Court's minute order of November 1, 2021 [Dkt. 106], Plaintiff and Defendants, through their undersigned counsel, submit the following Joint Status Report:

Settlement Conference

Counsel for the parties have consulted with their respective clients and have agreed to participate in a settlement conference. The parties propose the following dates subject to the Court's availability: December 9, 2021; December 10, 2021; December 13, 2021; January 18, 2022; or January 28, 2022.

Status of Discovery

Plaintiff recently served additional requests for production and interrogatories on Defendant Varga. The parties have also noticed multiple depositions over the remaining weeks of the fact discovery period, and Plaintiff has subpoenaed the required third-party witnesses. Given the parties' agreement to participate in a settlement conference with the Court, the parties respectfully request that the Court extend the current December 17, 2021 fact discovery deadline to sixty days after the Court holds the settlement conference. The parties both believe it is in their

best interests, including the prospect of reaching a settlement at the conference, to focus their resources on preparing for that conference, and to complete fact discovery only if a settlement is not reached.

Respectfully Submitted,

By: /s/ David E. Jimenez-Ekman, Esq.
One of the Attorneys for Plaintiff,
DENNIS HOGUE

John H. Mathias, Jr., Esq.
David E. Jimenez-Ekman, Esq.
Christian Plummer, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jmathias@jenner.com
djimenez-ekman@jenner.com
cplummer@jenner.com

By: /s/ Maebetty Kirby
One of the Attorneys for Defendants
JOHN VARGA and the ILLINOIS
DEPARTMENT OF CORRECTIONS

Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(773) 590-7857
Mary.kirby@ilag.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2021, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ David E. Jimenez-Ekman