IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DENNIS HOGUE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-50151 |
| ) | |
| v. ) | Honorable Judge Iain D. Johnston |
| ) | Magistrate Judge Lisa A. Jensen |
| JOHN VARGA, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Plaintiff, Dennis Hogue, by his attorneys at Jenner & Block, and the Defendants, John Varga and the Illinois Department of Corrections, by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed without prejudice upon entry of this Stipulation. The dismissal will automatically become with prejudice within 120 days, absent any motion by a party to extend the time before this matter is dismissed with prejudice.

2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

X /s/ Dennis Hogue          5-12-22
Plaintiff                   Date
Dennis Hogue

/s/ David Jimenez-Ekman pp CP.     /s/ Maebetty Kirby
David Jimenez-Ekman                Maebetty Kirby
Counsel for Plaintiff              Assistant Attorney General
Jenner & Block                     Attorney for Defendants
353 North Clark Street             100 West Randolph Street, 13th Floor
Chicago, Illinois 60654            Chicago, Illinois 60601
(312) 923-2683                     (312) 814-4324

Date: 5-12-22                      Date: 5/16/2022

Rev. 2-24-20